**Larry COFFMAN, Appellant,**

v.

**Alan BLAKE, Appellee.**

No. 06–3162.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 25, 2007.

Filed: June 28, 2007.

Larry Coffman, Farmington, MO, pro se.

Dustin James Allison, Attorney General's Office, St. Louis, MO, for Appellee.

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Larry Coffman appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Coffman has provided no basis for reversal, and we find none upon careful review of the record. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri